■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMIL WALTER KARPPINEN, Appellant.— Motion to dispense with printing of minutes and exhibits, granted. The appeal will be heard on the original papers (including the typed minutes) and original exhibits. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. J. MILFORD KIRKUP, JR., Appellant. (2 Actions.) — Motion to dispense with the printing of the record on appeal granted. The appeal will be heard on the original papers, including the typewritten minutes. Motion to enlarge time granted; appellant to perfect the appeal for the December Term, beginning November 28, 1960, for which term the appeal is ordered to be placed on the calendar. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEROME ARTHUR LOWRY, Appellant.— Motion for reargument denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DENNIS McGUIRE, Appellant.— Motion for reconsideration of motion for leave to appeal as a poor person and for other relief granted. Motion for leave to appeal as a poor person, will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy. Motion to enlarge time granted. The appellant's time to perfect the appeal is enlarged to the January 1961 Term, for which term the appeal is ordered to be placed on the calendar. Motion for assignment of counsel granted. Richard D. Field, Esq., 81 Broadway, Greenlawn, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.